UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA TIMOFEEVA, | No.  2:14-cv-02560 AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On November 5, 2014, this Court ordered that within fourteen (14) days plaintiff was to submit to the United States Marshal a completed summons and copies of the complaint.  ECF No. 4.  Plaintiff was also directed to file a statement with the Court that said documents have been submitted to the United States Marshal.  Id.  That fourteen day period has since passed and plaintiff has not responded in any way to the court's order.

Accordingly, IS HEREBY ORDERED that within seven (7) days of this order, counsel for plaintiff shall show cause why sanctions should not be imposed for his failure to comply with the court's November 5, 2014 order.

IT IS SO ORDERED.

DATED: November 20, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1