UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA TIMOFEEVA, | No. 2:14-cv-02560 AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On November 21, 2014, this court ordered plaintiff's counsel to show cause why sanctions should not be imposed for his failure to comply with the court's November 5, 2014 order directing plaintiff to submit to the United States Marshal a completed summons and copies of the complaint within fourteen days. ECF No. 7. On November 21, 2014, plaintiff's counsel responded to the order to show cause explaining that the documents were submitted to the United States Marshal the same day and "[n]o reason exists why sanctions should not be imposed, other than prompt, belated compliance and the unprecedentedly rapid issuance of the order to show cause . . . ." ECF No. 8.

////

////

////

In light of plaintiff's response and good cause appearing, IT IS HEREBY ORDERED that the November 21, 2014 order to show cause, ECF No. 7, is discharged. Plaintiff's counsel is cautioned that future failures to comply with the court's orders will not be met with such restraint.

DATED: December 1, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE