UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA TIMOFEEVA, | No. 2:14-cv-2560 AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On November 5, 2014, this Court ordered that within ninety (90) days, "all parties shall complete and return the enclosed Consent to Assignment or Request for Reassignment." ECF No. 6-1. That ninety day period has since passed and plaintiff has not responded in any way to the court's order.

Accordingly, IS HEREBY ORDERED that within seven (7) days of this order, counsel for plaintiff shall Show Cause why sanctions should not be imposed for his failure to comply with the court's November 5, 2014 Order Re Consent.

DATED: February 3, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE